EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| TED GARCIA AND KELLY GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-03209 RMW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS TED GARCIA AND KELLY GARCIA** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Ted Garcia and Kelly Garcia and

Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Ted

2056766.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Ted Garcia and Kelly Garcia - 1**

1  Garcia and Kelly Garcia as to defendant Olin Corporation. All parties to bear their own
2  costs and legal fees incurred to date in this action.
3  Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
     RICHARD D ALEXANDER, Cal. Bar #48432
     JEFFREY W/ RICKARD, Cal. Bar #125180
     RYAN M. HAGAN, Cal Bar #200850
     152 North Third Street, Suite 600
     San Jose, CA 95112
     Telephone: (408) 289-1776
     Facsimile:  (408) 287-1776

Attorneys for Plaintiffs Ted Garcia and Kelly Garcia

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
     THOMAS M. CARNEY, admitted *pro hac vice*
     CAROL A. RUTTER, admitted *pro hac vice*
     190 Carondelet Plaza, Suite 600
     St. Louis, MO 63105-3441
     Telephone: (314) 480-1500
     Facsimile:  (314) 480-1505

     RANDALL C. CREECH, Cal. Bar #65542
     CREECH, LIEBOW & KRAUS
     333 West San Carlos Street
     Suite 1600
     San Jose, CA 95110
     Telephone: (408) 993-9911
     Facsimile:  (408) 993-1335

Attorneys for Defendant Olin Corporation

2056766.01

Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Ted Garcia and Kelly Garcia - 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| TED GARCIA AND KELLY GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-03209 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS TED GARCIA AND KELLY GARCIA** |

THIS MATTER coming on the motion of Plaintiffs Ted Garcia and Kelly Garcia and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Ted Garcia and Kelly Garcia 's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005   /s/ Ronald M. Whyte